IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br>This Order Relates To: <br><br>*G.M. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-09190-CRB <br><br>*B.D. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-10369-CRB | MDL No. 3084 <br><br>**ORDER DENYING AS MOOT MOTIONS FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** <br><br>Re: Dkt. No. 5212, 5215 |

The Motions for Leave to Withdraw as Attorney in the above-captioned cases are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 6, 2026

CHARLES R. BREYER
United States District Judge